USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-7-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RANDY KENDRICK,

                Plaintiff,

18 civ 11807 (JGK)

-against-

MGM & J Corp, et al.,

                Defendants.
-------------------------------------------------------------X

## ORDER

The parties shall submit a proposed settlement agreement, together with a supporting affidavit providing the specifics of any request for attorneys' fees, including time records and information necessary to calculate the lodestar.

The parties shall also submit a letter explaining the fairness, reasonableness and adequacy of the settlement, including the request for attorneys' fees. The parties shall make the submission by **January 21, 2020.**

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 7, 2020