USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-8-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RANDY KENDRICK,
                    Plaintiff,

18 civ 11807 (JGK)

-against-

**ORDER
(AMENDED)**

UNITED SECURITY SERVICES, INC. et al.,
                    Defendants.
------------------------------------------------------------X

The parties shall submit a proposed settlement agreement, together with a supporting affidavit providing the specifics of any request for attorneys' fees, including time records and information necessary to calculate the lodestar.

The parties shall also submit a letter explaining the fairness, reasonableness and adequacy of the settlement, including the request for attorneys' fees. The parties shall make the submission by **January 22, 2020.**

**SO ORDERED.**

                                                              **JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 8, 2020

*Copy mailed to pro se party at docket address.*